US v Edgar Ayon
20240621 Production

| PROD_BEGDOC | PROD_ENDDOC | PgCount | Filename | DocExt | EDFolder |
|---|---|---|---|---|---|
| 00000001 | 00000022 | 22 | GJ Transcript 09-06-2023.pdf | pdf | 20240618\ |
| 00000023 | 00000026 | 4 | 422mj54 Sealed Doc 14 - Warrant and Return.pdf | pdf | 20240618\Buy_Bust\Attachments\Acquisition and Return of Court Order for geo-loaction data for phone number 912-306-6264\ |
| 00000027 | 00000027 | 1 | 422mj54 Sealed Doc 14 - Order to Seal.pdf | pdf | 20240618\Buy_Bust\Attachments\Acquisition and Return of Court Order for geo-loaction data for phone number 912-306-6264\Pen.Ping 9123066264\Pen\ |
| 00000028 | 00000028 | 1 | 422mj54 Sealed Doc 15 - Motion to Seal.pdf | pdf | 20240618\Buy_Bust\Attachments\Acquisition and Return of Court Order for geo-loaction data for phone number 912-306-6264\Pen.Ping 9123066264\Pen\ |
| 00000029 | 00000036 | 8 | 422mj54 Sealed Doc 17 - Application.pdf | pdf | 20240618\Buy_Bust\Attachments\Acquisition and Return of Court Order for geo-loaction data for phone number 912-306-6264\Pen.Ping 9123066264\Pen\ |
| 00000037 | 00000040 | 4 | 422mj54 Sealed Doc 18 - Order.pdf | pdf | 20240618\Buy_Bust\Attachments\Acquisition and Return of Court Order for geo-loaction data for phone number 912-306-6264\Pen.Ping 9123066264\Pen\ |
| 00000041 | 00000041 | 1 | 422mj54 Sealed Doc 11 - Motion to Seal.pdf | pdf | 20240618\Buy_Bust\Attachments\Acquisition and Return of Court Order for geo-loaction data for phone number 912-306-6264\Pen.Ping 9123066264\Ping\ |
| 00000042 | 00000042 | 1 | 422mj54 Sealed Doc 12 - Order to Seal.pdf | pdf | 20240618\Buy_Bust\Attachments\Acquisition and Return of Court Order for geo-loaction data for phone number 912-306-6264\Pen.Ping 9123066264\Ping\ |
| 00000043 | 00000056 | 14 | 422mj54 Sealed Doc 13 - Affidavit.pdf | pdf | 20240618\Buy_Bust\Attachments\Acquisition and Return of Court Order for geo-loaction data for phone number 912-306-6264\Pen.Ping 9123066264\Ping\ |
| 00000057 | 00000060 | 4 | 422mj54 Sealed Doc 14 - Warrant and Return.pdf | pdf | 20240618\Buy_Bust\Attachments\Acquisition and Return of Court Order for geo-loaction data for phone number 912-306-6264\Pen.Ping 9123066264\Ping\ |
| 00000061 | 00000061 | 1 | Copy of Ping data.xlsx | xlsx | 20240618\Buy_Bust\Attachments\Acquisition and Return of Court Order for geo-loaction data for phone number 912-306-6264\Pen.Ping 9123066264\Ping\ |
| 00000062 | 00000062 | 1 | KFPL0546.JPG | jpg | 20240618\Buy_Bust\Attachments\CS Debriefing of CS-22-166291 on activities occurring September 7-11, 2022\ |
| 00000063 | 00000063 | 1 | OGTV7533.JPG | jpg | 20240618\Buy_Bust\Attachments\CS Debriefing of CS-22-166291 on activities occurring September 7-11, 2022\ |
| 00000064 | 00000064 | 1 | SMS.png | png | 20240618\Buy_Bust\Attachments\CS Debriefing of CS-22-166291 on activities occurring September 7-11, 2022\ |
| 00000065 | 00000065 | 1 | sms 1.jpg | jpg | 20240618\Buy_Bust\Attachments\CS Debriefing of CS-22-166291 on August 23, 2022_Attachments\ |
| 00000066 | 00000066 | 1 | sms 3.jpg | jpg | 20240618\Buy_Bust\Attachments\CS Debriefing of CS-22-166291 on August 23, 2022_Attachments\ |
| 00000067 | 00000067 | 1 | sms 4.jpg | jpg | 20240618\Buy_Bust\Attachments\CS Debriefing of CS-22-166291 on August 23, 2022_Attachments\ |
| 00000068 | 00000068 | 1 | sms 5.jpg | jpg | 20240618\Buy_Bust\Attachments\CS Debriefing of CS-22-166291 on August 23, 2022_Attachments\ |
| 00000069 | 00000069 | 1 | sms 6.jpg | jpg | 20240618\Buy_Bust\Attachments\CS Debriefing of CS-22-166291 on August 23, 2022_Attachments\ |
| 00000070 | 00000070 | 1 | sms 7.jpg | jpg | 20240618\Buy_Bust\Attachments\CS Debriefing of CS-22-166291 on August 23, 2022_Attachments\ |
| 00000071 | 00000071 | 1 | sms 8.jpg | jpg | 20240618\Buy_Bust\Attachments\CS Debriefing of CS-22-166291 on August 23, 2022_Attachments\ |
| 00000072 | 00000072 | 1 | DEA-12 Semi-truck tow.pdf | pdf | 20240618\Buy_Bust\Attachments\Execution of State Search Warrant on 2018 Freightliner Cascadia semi-truck September 13, 2022\ |
| 00000073 | 00000086 | 14 | RHPD Search Warrant for semi truck..pdf | pdf | 20240618\Buy_Bust\Attachments\Execution of State Search Warrant on 2018 Freightliner Cascadia semi-truck September 13, 2022\ |
| 00000087 | 00000093 | 7 | Richmond Hill PD Report 22090566.PDF | pdf | 20240618\Buy_Bust\Attachments\Execution of State Search Warrant on 2018 Freightliner Cascadia semi-truck September 13, 2022\ |
| 00000094 | 00000098 | 5 | Seizure Form - TFO Tyler.pdf | pdf | 20240618\Buy_Bust\Attachments\Execution of State Search Warrant on 2018 Freightliner Cascadia semi-truck September 13, 2022\ |

| | | | | | |
|---|---|---|---|---|---|
| 00000099 | 00000103 | 5 | Valdez Ayon arrest warrant.pdf | pdf | 20240618\Buy_Bust\Attachments\Execution of State Search Warrant on 2018 Freighliner Cascadia semi-truck September 13, 2022\ |
| 00000104 | 00000104 | 1 | Screenshot 1 - CS.png | png | 20240618\Buy_Bust\Attachments\Surveillance of DEA buy_bust operation and arrests on Sept. 12, 2022_Attachments\ |
| 00000105 | 00000105 | 1 | Screenshot 2 - CS.png | png | 20240618\Buy_Bust\Attachments\Surveillance of DEA buy_bust operation and arrests on Sept. 12, 2022_Attachments\ |
| 00000106 | 00000106 | 1 | CA 4LL6331 Trailer.pdf | pdf | 20240618\Buy_Bust\Buy-Bust 9.12.22\ |
| 00000107 | 00000109 | 3 | RQ_ CA, 3AKJHHDR3JSJJ1062 - Tractor.pdf | pdf | 20240618\Buy_Bust\Buy-Bust 9.12.22\ |
| 00000110 | 00000110 | 1 | N102CQ_ARS-2022-09-12-160713.ts | ts | 20240618\Buy_Bust\Buy-Bust 9.12.22\Audio_Video Recordings\Aerial Surveillance Footage\ |
| 00000111 | 00000111 | 1 | N102CQ_CAM-2022-09-12-160715.ts | ts | 20240618\Buy_Bust\Buy-Bust 9.12.22\Audio_Video Recordings\Aerial Surveillance Footage\ |
| 00000112 | 00000112 | 1 | Acquisition and Return of Court Order for geo-location data for phone number 912-306-6264._Redacted.pdf | pdf | 20240618\Buy_Bust\DEA-6s\ |
| 00000113 | 00000116 | 4 | Acquisition of Exhibit N-3 pursuant to a buy_bust operation in Richmond Hill, Georgia on September 12th, 2022_Redacted.pdf | pdf | 20240618\Buy_Bust\DEA-6s\ |
| 00000117 | 00000120 | 4 | Acquisition of Exhibits 5 and N-1 pursuant to a buy_bust operation in Richmond Hill, Georgia, on September 12, 2022._Redacted.pdf | pdf | 20240618\Buy_Bust\DEA-6s\ |
| 00000121 | 00000123 | 3 | CS Debriefing of CS on August 23, 2022_Redacted.pdf | pdf | 20240618\Buy_Bust\DEA-6s\ |
| 00000124 | 00000125 | 2 | CS Debriefing of CS-22-166291 on activities occurring September 7-11, 2022_Redacted.pdf | pdf | 20240618\Buy_Bust\DEA-6s\ |
| 00000126 | 00000127 | 2 | Execution of State Search Warrant on 2018 Freightliner Cascadia semi-truck, pursuant to DEA buy_bust operation on September 13, 2022_Redacted.pdf | pdf | 20240618\Buy_Bust\DEA-6s\ |
| 00000128 | 00000128 | 1 | Re-sealing of SSEE S001046108 after removal and replacement of Exhibit N-1._Redacted.pdf | pdf | 20240618\Buy_Bust\DEA-6s\ |
| 00000129 | 00000134 | 6 | Surveillance of DEA buy_bust Operation and Arrest of Melesio VALDEZ and Edgar AYON on September 12, 2022, in Richmond Hill, Georgia._Redacted.pdf | pdf | 20240618\Buy_Bust\DEA-6s\ |
| 00000135 | 00000135 | 1 | AYON Booking Photo.jpg | jpg | 20240618\Buy_Bust\Defendant Sheets\AYON\ |
| 00000136 | 00000137 | 2 | AYON CA DL.pdf | pdf | 20240618\Buy_Bust\Defendant Sheets\AYON\ |
| 00000138 | 00000143 | 6 | AYON CH.pdf | pdf | 20240618\Buy_Bust\Defendant Sheets\AYON\ |
| 00000144 | 00000145 | 2 | AYON Fingerprint Card.pdf | pdf | 20240618\Buy_Bust\Defendant Sheets\AYON\ |
| 00000146 | 00000146 | 1 | AYON Initial CH Query.pdf | pdf | 20240618\Buy_Bust\Defendant Sheets\AYON\ |
| 00000147 | 00000147 | 1 | VALDEZ Booking Photo.jpg | jpg | 20240618\Buy_Bust\Defendant Sheets\VALDEZ\ |
| 00000148 | 00000149 | 2 | VALDEZ CA DL.pdf | pdf | 20240618\Buy_Bust\Defendant Sheets\VALDEZ\ |
| 00000150 | 00000153 | 4 | VALDEZ CH.pdf | pdf | 20240618\Buy_Bust\Defendant Sheets\VALDEZ\ |
| 00000154 | 00000155 | 2 | VALDEZ Fingerprint Card.pdf | pdf | 20240618\Buy_Bust\Defendant Sheets\VALDEZ\ |
| 00000156 | 00000156 | 1 | VALDEZ Initial CH Query.pdf | pdf | 20240618\Buy_Bust\Defendant Sheets\VALDEZ\ |
| 00000157 | 00000158 | 2 | DEA-7 Exhibit 5_Redacted.pdf | pdf | 20240618\Buy_Bust\Exhibits\Exhibit 5\ |
| 00000159 | 00000159 | 1 | Lab Picture 1.jpg | jpg | 20240618\Buy_Bust\Exhibits\Exhibit 5\ |
| 00000160 | 00000160 | 1 | Lab Picture 2.jpg | jpg | 20240618\Buy_Bust\Exhibits\Exhibit 5\ |
| 00000161 | 00000161 | 1 | Picture with bag.jpg | jpg | 20240618\Buy_Bust\Exhibits\Exhibit 5\ |
| 00000162 | 00000163 | 2 | DEA 7A Exhibit N-3_Redacted.pdf | pdf | 20240618\Buy_Bust\Exhibits\N-3\ |
| 00000164 | 00000165 | 2 | DEA 7A Exhibit N-1_Redacted.pdf | pdf | 20240618\Buy_Bust\Exhibits\Red Roof Surveillance Footage (N-1)\ |
| 00000166 | 00000166 | 1 | N-1 SSEE Photo.jpg | jpg | 20240618\Buy_Bust\Exhibits\Red Roof Surveillance Footage (N-1)\ |
| 00000167 | 00000167 | 1 | Fake Currency 1.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000168 | 00000168 | 1 | Fake Currency 2.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000169 | 00000169 | 1 | Positive Test Result.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000170 | 00000170 | 1 | Seized_Purchased Evidence.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000171 | 00000171 | 1 | Truck Exterior 1.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000172 | 00000172 | 1 | Truck Exterior 2.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000173 | 00000173 | 1 | Truck Exterior 3.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000174 | 00000174 | 1 | Truck Exterior 4.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000175 | 00000175 | 1 | Truck Exterior 5 (1).jpg | jpg | 20240618\Buy_Bust\Photos\ |

| | | | | | |
|---|---|---|---|---|---|
| 00000176 | 00000176 | 1 | Truck Interior 1.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000177 | 00000177 | 1 | Truck Interior 2.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000178 | 00000178 | 1 | Truck Interior 3.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000179 | 00000179 | 1 | Truck Interior 4.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000180 | 00000180 | 1 | Truck Interior 5.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000181 | 00000181 | 1 | Truck Interior 6.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000182 | 00000182 | 1 | Truck Interior 7.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000183 | 00000183 | 1 | Truck Interior 8.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000184 | 00000184 | 1 | Truck Interior 9.jpg | jpg | 20240618\Buy_Bust\Photos\ |
| 00000185 | 00000185 | 1 | Placeholder_Extraction GDCDFU2023-03324 SW.pptx | pptx | 20240618\Placeholders\ |
| 00000186 | 00000186 | 1 | Placeholder_Iphone.pptx | pptx | 20240618\Placeholders\ |
| 00000187 | 00000187 | 1 | Placeholder_Samsung.pptx | pptx | 20240618\Placeholders\ |
| 00000188 | 00000220 | 33 | 422mj-54 - SW.pdf | pdf | 20240618\Warrants\ |