UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:23-CR-00072 |
| | ) | |
| EDGAR AYON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**MOTION FOR LEAVE OF ABSENCE**

COMES NOW, LLOYD D. MURRAY, SR., Movant, and shows that he is local counsel for the Defendant in the above-captioned action.

Movant applies to this Court and request that he be excused from having to appear at any calendar call, deposition, hearing, trial or other proceedings in the identified case during the following periods of time:

October 3, 2024 through and including October 14, 2024 for prepaid international travel;

December 2, 2024 through and including December 6, 2024 for preparation of 38th annual celebration;

January 18, 2025 through and including January 26, 2025 for annual convention;

March 21, 2025 through and including March 31, 2025 for prepaid international travel; and

April 18, 2025 through and including April 30, 2025 for prepaid international travel.

WHEREFORE, Movant prays that his Motion for Leave of Absence be granted.

Respectfully submitted this 15th day of August, 2024.

                                       MURRAY AND ADKINS TRIAL ATTORNEYS
                                       Attorneys for Defendant

                                       */s/ Lloyd D. Murray, Sr.*
                                       Lloyd D. Murray, Sr.
                                       Georgia State Bar No.  531955
                                       Matthew D. Adkins
                                       Georgia State Bar No. 965773

10164 Ford Avenue, Suite A
Post Office Box 1569
Richmond Hill, GA  31324
Telephone:     (912) 756-4775
Facsimile:      (912) 756-6310
Email:  lmurray@murrayandadkins.com
         madkins@murrayandadkins.com