UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:23cr72-1

EDGAR AYON,

      DEFENDANT.

## JOINT STATUS REPORT

I.    Date of Status Report Conference: November 12, 2024

II.    Conference Attendees:

| Name | Role |
| --- | --- |
| Darron J. Hubbard | Assistant U.S. Attorney |
| Lloyd D. Murray, Sr. | Defense Counsel |

III.    Pretrial Motions.

- All pretrial motions have been satisfied or otherwise resolved.

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
| --- | --- | --- | --- |
| Motions for Reciprocal Discovery (Doc. 34) | N | N | N |
|  |  |  |  |
|  |  |  |  |

**Complete Remaining Portions Only In Judge Baker Cases**

IV.    Are the parties prepared to proceed to trial? If so, list three potential dates for a telephonic status conference with the presiding District Judge. No

| Dates for Telephonic Conference |
|---|
|  |
|  |
|  |

V. Do the parties believe the case will result in a negotiated plea agreement and, if so, do the parties request additional time (not to exceed 30 days) for further plea negotiations and how much time do the parties request? <u>Yes</u>

| Additional Time Requested |
|---|
| 30 Days |

This 12th day of November, 2024.

/s/   <u>*Darron J. Hubbard*</u>
　　　Darron J. Hubbard
　　　Assistant United States Attorney


/s/   <u>*Lloyd D. Murray, Sr.*</u>
　　　Lloyd D. Murray, Sr.
　　　Defense Counsel