TO: The Honorable Chief Judge R. Stan Baker

FROM: Lloyd D. Murray, Sr., Counsel for Defendant Edgar Ayon

RE: Character Letters in Support of Sentencing – United States v. Edgar Ayon, Case No. 4:23-CR-00072-1

DATE: June 30, 2025


Your Honor,

Please find enclosed several letters of support submitted on behalf of Mr. Edgar Ayon as he approaches sentencing in the above-referenced matter. These letters come from family members, friends, and members of the community who know Mr. Ayon personally and wish to speak to his character, work ethic, and potential for rehabilitation.

We respectfully ask the Court to consider these letters as part of its overall assessment under 18 U.S.C. § 3553(a).

Thank you for your attention and consideration.

Respectfully,


Lloyd D. Murray, Sr.
Georgia Bar No. 531955
Post Office Box 1569

Richmond Hill, Georgia 31324
Telephone:      (912) 756-4775
Facsimile:       (912) 756-6310

To whom it may concern:                                                                 May 25, 2025

My name is Monica Velez and I am the eldest sister of Edgar. I am writing this letter in support of my youngest brother who I have known and loved all his life. It is incredibly difficult to see him in this situation, but I want to speak honestly about the person I know him to be, and the journey that brought him here.  We lost our father when we were very young, and the lost left a lasting impact on our family.  While it affected us all in different ways, Edgar despite being the youngest, took on a great deal of responsibility especially in supporting our mother.   Over the years, he has been a steady and dependable presence for her, often putting her needs before his own.  Edgar has done everything he can to ease her burdens and help our family through life's hardest moments, which is something I admire most of Edgar is his heart.  What makes Edgar truly special is his heart, is he is one of the kindest souls I know.  He genuinely enjoys helping others, and nothing brings him more joy than seeing the people around him happy.  Just last year tragedy struck again when Edgar and our middle brother Danny were involved in a tragic work truck accident where our brother Danny did not survive, he was only 38 years old. That loss devastated us all, especially our mother, and once again Edgar stepped in as her emotional anchor, holding our mother together while dealing with his own heartbreak.  In the face of overwhelming grief, he remained strong for her and for all of us.  He has always been the one to quietly carry the weight of our family's hardships, even when it wasn't easy.  Family means everything to our mother, as she raised us with the understanding that no matter what happens in life, we show up for each other through our highest and lowest moments.  That lesson is something Edgar has taken to heart and lived by.  I know he made a serious mistake, but I've witnessed firsthand how deeply remorseful he is.  He has taken full responsibility for his actions and has complied with everything that has been asked of him throughout this legal process.  He hasn't tried to make excuses-only to make things right, and to do better moving forward. Edgar is not a bad person. He is someone who endured great loss, taken a lot of responsibility at a young age, and is trying to learn from a very difficult moment.  I believe in his ability to grow and turn this experience into something that leads him toward a better future. Thank you for your time and consideration.

Sincerely,

Monica Velez

(661)302-0151

monivelez8@icloud.com

Bakersfield, CA

TO WHOM IT MAY CONCERN.

I AM WRITING THIS LETTER TO YOU TO DESCRIBE EDGAR AYON'S CHARACTER.

I HAVE KNOWN EDGAR AYON FOR OVER 22 YEARS; HE IS MY LITTLE BROTHER-IN-LAW.

HE WAS ONLY 11 YEARS OLD WHEN I STARTED DATING HIS SISTER WHO BECAME MY WIFE SHORTLY AFTER.

TO ME EDGAR IS MY LITTLE BROTHER. WHO WAS ALWAYS KIND, PLAYFUL, AND RESPECTFUL AS A CHILD AND STILL HE POSSESSES THESE QUALITIES. IN MY EYES HE IS STILL THE 11 YEAR

OLD BOY I MET BACK THEN. WHO NOW NEEDS HIS FAMILY'S SUPPORT.

I HAVE HAD SEVERAL DISCUSSIONS WITH HIM ABOUT WHAT HE DID AND I KNOW

HE IS VERY REMORSEFUL; I HAVE SEEN HIM IN TEARS ESPECIALLY WHEN HE GETS AROUND HIS SISTERS AND MOTHER.

I KNOW HE IS READY TO FACE WHATEVER REPROCUSSIONS THAT MAY COME HIS WAY.

HE IS TOTALLY COMPLYING WITH HIS DUTIES.

HE SEES HIS DRUG COUNSELOR WHEN HE SUPPOSED TO AND GOES TO HIS COURT HEARINGS.

HE IS WILLING AND READY TO DO WHAT HE HAS TO, TO FIX HIS ERROR. HE JUST NEEDS A SECOND CHANCE AND PEOPLE THAT WILL BELIEVE IN HIM AND I KNOW HE WILL NOT MAKE THIS MISTAKE AGAIN.

THANK YOU FOR YOUR TIME, COMPASSION AND HOPEFULLY UNDERSTANDING.

SAL VELEZ JR

5-15-2025

savelez@sbcglobal.net

Leivi Berenice Ayon
3109 Juniper Ridge Ct.
Bakersfield, Ca 93306
661-380-0304
lopezleivi83@gmail.com

Date: 05/07/2025

To Whom it May Concern,

Re: Edgar Ayon

Hello,

My name is Leivi Ayon, I am Edgar Ayon's sister-in-law since October 3rd, 2009.

I am aware of the offense Edgar committed and the seriousness of the matter. I have also witnessed how much he regrets it and acknowledges he really messed up and it was not worth it at all. From the beginning of this case, he lost a lot and has cost him a lot as well.

Edgar is family oriented, that is one of the things I love most of this family, very united during good and bad times. Even though Edgar lost his dad at a very young age, I can definitely say that my mother-in-law has done an awesome job raising 5 children on her own and they all been good persons, responsible in their jobs, raising their families, etc. Edgar enjoys family gatherings, interacts with his nephews and nieces, he is very present with all the family. Edgar is very important to us.

During this case Edgar has gone through a lot, I've seen him go into depression, just zoned out thinking about everything he has put himself into. How his life can change in a heartbeat. As you may already know Edgar is a truck driver same as his two brothers. He worked with his brother Daniel as team drivers and on August 29, 2024 they were involved in a terrible accident while working and sadly my brother-in-law Daniel didn't survive and passed away on September 7th, 2024. This was very traumatic to Edgar because he got hurt and seen his brother and felt helpless not being able to help his brother. This was a second chance of life for Edgar. Edgar has never been in trouble with the law and since I've known him, he has always worked and helped his mom out. He did a mistake; we all do at some point in our lives some more serious than others to which we pay the consequences. I really believe in second chances some people take advantage of them and others don't, deep in my heart I do believe Edgar will not do anything dumb anymore, for sure he'll think about it twice.

If my brother-in-law goes away it will definitely affect our entire family, but mostly my mother-in-law because Edgar is her baby and her provider. Since he is the one that lives with her he has

taken over her mortgage payment, food expenses, bills and his car payments since she has not been able to work.

Edgar has shared with me that he will do whatever the judges, lawyers, probation officals tell him to do to proof that he wants a second chance and that he will stay out of trouble and just focus on work and keep helping his mom in all he can. He really doesn't want to give his mom another heartache with his actions, as she has been through a lot with the loss of his brother Daniel.

I am positive that Edgar has learned his lesson and will be good, he will for sure think twice before getting in any kind of trouble, I'm sure he doesn't like the feeling of not knowing how his life can change for a bad decision.

If you feel in your heart to give Edgar a second chance the Ayon family will really appreciate it!

Thank you for taking the time to read this letter.

Sincerely,

Leivi Ayon.

Maria Elena Ayon Valenzuela

828 E. Bobbi Ave

Earlimart, Ca 93219

661-370-6884

Mariaelenaayonvalenzuela@yahoo.com

May 7, 2025


To Whom It May Concern,


I am writing this letter on behalf of Edgar Ayon, whom I have known for 32 years. During this time, I have come to know him as a person of integrity, compassion, and responsibility. I understand he is currently facing legal proceedings, and I wish to offer a character reference that reflects the kind of person he truly is beyond this unfortunate situation. I would like to express that this behavior is not reflective of the person I know. Edgar has always helped others in a time of need, he is a responsible hardworking man, has held steady employment, and takes care of his mother, who is a widow.


Edgar is a hard-working, responsible, and deeply compassionate man. He recently suffered the heartbreaking loss of his brother Daniel Ayon in a tragic truck accident (Edgar was also in the truck at the time of the accident) that has shaken his entire family. In the wake of this loss, he has stepped up as the sole provider for his mother, offering not only financial support but also emotional care and strength during this incredibly difficult time.


Throughout the time I have known him, Edgar has always demonstrated a strong work ethic, a willingness to help others, and a deep sense of duty to his family, especially his mother. He has consistently shown up for his loved ones and his

friends, and I truly believe that this current situation does not define who he is at his core.

I respectfully ask that the court take into account his recent personal losses, his commitment to supporting his mother, and his proven character as a dedicated and upstanding individual. I am confident that, if given the opportunity, Edgar will continue to demonstrate the integrity and responsibility he is known for.

Thank you for your time and consideration.

Sincerely,

Maria Elena Ayon Valenzuela