| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION | JUDGE: R. STAN BAKER DATE: 07-01-2025 |
|---|---|---|

**CRIMINAL CASE NO. CR 4:23-cr-72**
**UNITED STATES OF AMERICA VS. Edgar Ayon**

COURTROOM DEPUTY  Pam Hammock            COURT REPORTER  Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**         **ATTORNEY(S) FOR THE DEFENDANT:**

Darron Hubbard, AUSA                         Lloyd Murray, retained

U.S. PROBATION OFFICER:                      DEFENDANT SENTENCED ON COUNT(S)

Rebecca Mitchell                             One (1) of the Indictment

[X] Presence Report Reviewed In Full         Custody  78  Months B.O.P.

[ ] Objections to Factual Basis              Probation _____

[ ] Objections To Guidelines Calculations    Supervised Release  3  Years

[ ] Probation Officer Testifies              Special Conditions  as Ordered by the Court

[ ] Changes Ordered in Factual Basis/Calculations   Fine $  2400 (payments)

[X] No Changes Ordered                       Restitution $ _____

[X] Findings Of The Court                    Special Assessment $  100 (due immediately)

[ ] Factual Witnesses Testify                To Be Paid _____

[X] Statements Of Counsel                    Community Service _____

[X] Statements By Defendant                  Facility Recommended  RDAP, FCI Lompoc

[X] Sentence Pronounced                      Defendant Remanded To The USM _____

OTHER DIRECTIVES OF THE COURT                Voluntary Surrender  - by 2 pm on 7/30/2025

[X] Attach Statement of Reasons to the Judgment     To USM [ ]  To Facility [X]

[ ] Transcribe Statement of Reasons          Nolle Prosse Count(s)  - 2

[X] Appeal Rights of Defendant Explained     Plea Agreement Accepted and Ratified  - Y

[ ] Appellate Disclosure Forms Provided      Departure From Guidelines  - N

[X] Notice of Counsel's Post-Conviction Obligations Provided    Upward _____  Downward _____

U.S. Deputy Marshal  Frieberg                Time  10:10  to  10:30  Total  00:20

Court Security Officer  Michael